IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Mr. Roof Indiana LLC | |
| and | Civil Action No. 1:06-cv-0874 |
| Mr. Roof Holding Company LLC | |
| Plaintiffs, | Judge Sarah Evans Barker |
| vs. | Magistrate Judge Sue Shields |
| The Original Mr. Roof, LLC | |
| and | |
| Mr. Roof, Inc. | |
| Defendants. | |

## **CONSENT ORDER**

This matter is before the Court upon an agreement by Plaintiffs, Mr. Roof Indiana LLC and Mr. Roof Holding Company LLC, and Defendants, The Original Mr. Roof, LLC and Mr. Roof, Inc., who stipulate to the terms and conditions herein. The parties further stipulate that this Consent Order resolves the rights to the mark MR. ROOF in the State of Indiana, and the remainder of the counts in the case are dismissed without prejudice. The parties stipulate to the following facts:

A. Plaintiff, Mr. Roof Indiana LLC is an Indiana registered limited liability company operating under the assumed name Mr. Roof, control number 2006020900278.

B. Plaintiff, Mr. Roof Holding Company LLC is the registered owner of Indiana state service mark registration number 2006-0247 and Indiana state service mark registration number 2006-0281 for the Mr. Roof mark.

C. Plaintiffs have been advertising residential roofing services in Indianapolis and other areas of Indiana under the name "Mr. Roof" by television, radio, Val-Pak, banner flights, newspaper and yard signs.

D. Defendants have been displaying the name "Mr. Roof" and "The Original Mr. Roof" in advertisements promoting Defendants' residential roofing services in Indianapolis and other areas of Indiana.

E. Both Plaintiffs and Defendants compete for residential roofing business in Indianapolis and other areas of Indiana.

F. Defendants have agreed to cease using "Mr. Roof" in Indiana in any manner.

G. The claims made in the Verified Complaint and any claims Plaintiffs may have based on Indiana service mark registration 2006-0281 are resolved between the parties and dismissed with prejudice only as they pertain to acts and occurrences within the borders of the State of Indiana.

IT IS HEREBY ORDERED that Defendants and their agents, servants, employees, attorneys and all persons acting in concert and in participation with Defendants shall cease in Indiana all use of the words "Mr. Roof" in any form of advertisement, promotional material, business, sale or offer to sell of any roofing service or roofing product. Each Party shall bear its own legal fees and costs for this litigation. All counts in the Verified Complaint and any claims Plaintiffs may have based on Indiana service mark registration 2006-0281 are dismissed with prejudice only as they pertain to acts and occurrences within the borders of the State of Indiana.

Furthermore, within five days of the entry of this Order, Defendants shall deliver to Plaintiffs' counsel a sworn affidavit certifying that the following have been completed:

1. a good faith effort to remove from Indiana all of Defendants' lawn signs or other forms of advertisement bearing the mark MR. ROOF alone or in combination with other words;
2. the cessation in Indiana of all use of the mark MR. ROOF, alone or in combination with other words, in any form of advertising or promotional materials.

In the event that Plaintiffs become aware that lawn signs or other advertisement forms bearing the words "MR. ROOF" that were distributed by the Defendants remain in Indiana following the certification by Defendants of their good faith effort, the Plaintiffs shall give the Defendants written notice of the lawn sign or advertisement form and Defendants shall certify to the Plaintiffs recovery of the lawn sign or advertisement within five days of receipt of the notice. The written notice shall be sent via certified mail, return receipt requested to ROOF AMERICA, 8541 N. Bash St., Suite 101, Indianapolis, IN 46250.

IT IS FURTHER ORDERED that either party may seek relief to enforce this Consent Order by contempt or other appropriate procedure.

Dated: 06/27/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

SO STIPULATED:

Mr. Roof Indiana LLC
Mr. Roof Holding Company LLC

By: _Dan L. Carter_
Name: DAN L. CARTER
Title: Pres. / VP

The Original Mr. Roof, LLC
Mr. Roof, Inc.

By: _Angela Howard_
Name: Angela Howard
Title: President

3